**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Ronald Stuart ROSE, a/k/a Rahking,
Defendant—Appellant.**

**No. 08–6885.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 17, 2008.

Decided: Oct. 8, 2008.

Ronald Stuart Rose, Appellant Pro Se. Stephen David Schiller, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Stuart Rose appeals the district court's orders denying his motion for reduction of sentence, 18 U.S.C. § 3582(c)(2) (2000), and his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Rose,* No. 3:03–cr–444 (E.D. Va. May 16 & 29, 2008). We deny the motions for appointment of counsel and for a certificate of appealability and

dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*